# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-535
Lower Tribunal No. 20-DR-002034

_____

SAMANTHA L. BURTIS SCHMALL,

Appellant,

v.

ROGER ANDREW SCHMALL,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Cynthia Pivacek, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Samantha L. Burtis Schmall, LaBelle, pro se.

Linda H. Fried, of Fried & Fried, P.A., Ft. Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED